# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

2008 NOV 19 AM 10: 22

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES OF AMERICA

-vs-

VINCENT ROBERT O'CONNOR, JR.

Case Number: 2:99-cr-61-FtM-29DNF

USM Number: 33108-018

Frank Zaremba, AFPD
1514 Broadway, Suite 301
Fort Myers, FL 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge number(s) One of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to reside in a Residential Re-entry Center/Residential Re-entry Sanctions Center in violation of the Special Condition | February 25, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

11/17/2008

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

November 18, 2008

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **12 Months and 1 day.**

**The Court recommends to the Bureau of Prisons:**

1. **Participation in alcohol and drug treatment programs**
2. **Allow the defendant the opportunity to receive his medication**

**It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.**

**The defendant is remanded to the custody of the United States Marshal.**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

VINCENT ROBERT O'CONNOR, JR.
2:99-cr-61-FtM-29DNF

Page 3 of 3

## SUPERVISED RELEASE

**Supervision is not reimposed**

AO 245B (Rev. 6/05) Judgment in a Criminal Case